# WITNESS LIST

Style: Franklin vs. Luebbers     Case Number: 4:00CV1465CEJ

| π WIT NO. | Δ WIT NO. | NAME OF WITNESS | DATE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|---|---|
| 1 | | Karen Kraft | 12/16 | ✓ | ✓ | ✓ | ✓ |
| 2 | | Craig Johnston | 12/16 | ✓ | ✓ | | |
| 3 | | Laura Martin | 12/16 | ✓ | ✓ | | |
| 4 | | Dr. Dorothy Lewis | 12/16 | ✓ | ✓ | | |
| | 1 | Dr. Sam Paewatikar | 12/16 | ✓ | ✓ | ✓ | |

Mark Direct, Cross, Redirect and Recross Boxes with a "✓" or a "✗."

Page 1 of 1