12/16/03

# EXHIBIT LIST

Style: Franklin vs. Luebbers    Case Number: 4:00CV1465CEJ

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| * A | | 12/16 | 2 | | | | |
| * B | | 12/16 | 2 | | | | |
| * C | | 12/16 | 2 | | | | |
| * D | | 12/16 | 2 | | | | |
| * E | | 12/16 | 2 | | | Petitioner Letters | |
| * F | | 12/16 | 2 | | | | |
| * G | | 12/16 | 2 | | | | |
| * H | | 12/16 | 2 | | | | |
| * I | | 12/16 | 2 | | | | |
| * J | | 12/16 | 2 | | | Petitioner Letters | |
| R | | 12/16 | 3 | | | Form 40 | 12/16/03 |
| U | | 12/16 | 4 | | | Updated CD | 12/16/03 |

\* Exhibits are already admitted into evidence.

☐ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

π = plaintiff     Δ = defendant     ID = first date exhibit is used     W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red     ADMITTED = use ✓ and date

Page 1 of 1